102 A.3d 422

**In re Thomas M. NOCELLA, Judge of the Philadelphia County Court of Common Pleas.**

**Appeal of Thomas M. Nocella.**

Supreme Court of Pennsylvania.

Argued March 11, 2014.

Decided Oct. 30, 2014.

Samuel C. Stretton, Esq., Law Office of Samuel C. Stretton, West Chester, for Thomas M. Nocella.

Elizabeth Ann Flaherty, Esq., PA Judicial Conduct Board, for Judicial Conduct Board.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, STEVENS, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2014, the Order of the Court of Judicial Discipline is hereby **AFFIRMED.**

Former Justice McCAFFERY did not participate in the consideration or decision of this case.